UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRESIDENTIAL FACILITY, LLC,

    Plaintiff,

v.

    Case No. 09-12346
    Hon. Lawrence P. Zatkoff

CHRISTOPHER J. DEBBAS and
JAMES R. GRIFFITHS,

    Defendants,

and

GREGORY S. CAMPBELL and
ROBERT PINKAS,

    Defendants/Third-Party Plaintiffs,

v.

PETER SINATRA, EMERALD PARTNERS V, LP,
and JETDIRECT AVIATION HOLDINGS, LLC,

    Third-Party Defendants.

_____/

## ORDER DENYING DEFENDANT CAMPBELL'S MOTION TO APPEAR AT THE PRETRIAL CONFERENCE BY TELEPHONE

Before the Court is Defendant Campbell's Motion to Appear at the Pretrial Conference by Telephone [dkt 144]. Defendant Campbell requests that the Court permit him leave to attend the February 2, 2012, Final Pre-trial Conference via telephone. Defendant Campbell's reason for such request is based on the expense he will incur to travel from Berwyn, Pennsylvania, to Port Huron, Michigan. Because the Final Pre-trial Conference is a significant part of any case, the Court's finds Defendant Campbell's reason for such request insufficient. As the Scheduling Order states in all

of this Court's cases, a person with full settlement authority must be present at the Final Pre-trial Conference. If Defendant Campbell is this person, then he must attend the February 2, 2012, Final Pre-trial Conference, and his request to participate via telephone is DENIED.

    IT IS SO ORDERED.

                                      S/Lawrence P. Zatkoff
                                      LAWRENCE P. ZATKOFF
                                      UNITED STATES DISTRICT JUDGE

Dated: January 23, 2012

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on January 23, 2012.

                                      S/Marie E. Verlinde
                                      Case Manager
                                      (810) 984-3290