## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PRESIDENTIAL FACILITY, LLC,
    Plaintiff,

Case No. 09-12346

v.

District Judge Lawrence P. Zatkoff
Magistrate Judge Mona K. Majzoub

CHRISTOPHER J. DEBBAS and
JAMES R. GRIFFITHS,
    Defendants,

and

GREGORY S. CAMPBELL and
ROBERT PINKAS
    Defendants/Third-Party Plaintiffs,

v.

PETER SINATRA, EMERALD PARTNERS V, LP,
And JETDIRECT AVIATION HOLDINGS, LLC
    Third-Party Defendants.
_____/

## OPINION AND ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 214], in which the Magistrate Judge recommends that Plaintiff's Motion to Compel Examination of Robert Pinkas, Jr., Benjamin Pinkas, and Lisa Roberts-Mamone [dkt 202] be granted. Non-parties Robert Pinkas, Jr. and Benjamin Pinkas ("Non-parties Pinkas") filed objections [dkt 215] to the Report and Recommendation. Plaintiff and Non-parties Pinkas have since resolved objections only relating to the examinations of Non-parties Pinkas via stipulated order [dkt 218]. Additionally, non-party Lisa Roberts-Mamone—through non-party estate of Defendant Robert Pinkas—filed objections [dkt 216] to the Report and Recommendation. Plaintiff filed a response

[dkt 217] to non-party Lisa Roberts-Mamone's objections.

The Court has thoroughly reviewed the court file, the Report and Recommendation, the objections, and Plaintiff's response. The Court finds most—if not all—of the substance of non-party Lisa Roberts-Mamone's objections to be contained in her original response brief to Plaintiff's motion to compel and therefore adequately addressed by the Magistrate Judge's Report and Recommendation. As such, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Examination of Robert Pinkas, Jr., Benjamin Pinkas, and Lisa Roberts-Mamone [dkt 202] is GRANTED.

IT IS FURTHER ORDERED that the examination of non-party Lisa Roberts-Mamone occur at her ususal place of business or residence in Cleveland, Ohio.

IT IS SO ORDERED.

Date: January 9, 2014

S/Lawrence P. Zatkoff
Hon. Lawrence P. Zatkoff
U.S. District Judge